# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**JOSE ANTONIO OLMEDA MIRANDA**<br>**dba JA CONTRACTORS, dba NAVARRO'S CAFE**<br><br>**xxx–xx–2764**<br><br><br>Debtor(s) | Case No. **18–06747 BKT**<br><br>Chapter **13**<br><br><br><span style="color:red">FILED & ENTERED ON 11/26/18</span> |

### *NOTICE OF CHAPTER 7 AND 13 CASE FILING REVIEW AND POSSIBLE DISMISSAL*
### [INDIVIDUAL DEBTORS ONLY]

   The following marked documents have not been filed. The clerk will follow up if an extension of time under the terms of Fed.R. of Bankr.P. 1007(c) and 9006(b)(1) is timely filed. Otherwise, if within 45 days after the date of the filing of the petition the documents have not yet been filed, it will result in the automatic dismissal of the case as provided in 11 U.S.C. § 521 (i)(1).

- ☑ SCHEDULES [Official Form B106/B206]
    - ☑ SUMMARY OF SCHEDULES
    - ☑ SCHEDULE A/B – Property
    - ☑ SCHEDULE C – Property Claimed as Exempt
    - ☐ SCHEDULE D – Creditors Holding Secured Claims
    - ☐ SCHEDULE E/F – Creditors who have unsecure Claims
    - ☑ SCHEDULE G – Executory Contracts and Expired Leases
    - ☑ SCHEDULE H – Codebtors
    - ☑ SCHEDULE I – Current Income of Individual Debtor(s)
    - ☑ SCHEDULE J – Current Expenditures of Individual Debtor(s)
    - ☐ SCHEDULE J–2 – Expenses for Separate Household of Debtor #2 – [Official Form B106J–2]
- ☐ Statement of Financial Affairs [Official Form B107] : signed by debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention – [Official Form B108]
- ☐ Chapter 7 Statement of Current Monthly Income and Means Test Calculation [Official Form B122A–1 & B122A–1 supl]
- ☑ Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation [Official Form B122C–1 & B122C–2]
- ☐ Declaration of Bankruptcy Petition Preparer [Official Form B119B]

*MARIA DE LOS ANGELES GONZALEZ, ESQ.*
Clerk of the Court
By: GRACIELA MUNIZ
Deputy Clerk