# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**JOSE ANTONIO OLMEDA MIRANDA**          **Case No.   18-06747-BKT**

                                   **Chapter 13**     **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

| | | | |
|---|---|---|---|
| **I. Appearances** | | | |
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ]  Prose | | | |
| [ ]  Appearing: | | | |

**Date & Time:**     1/3/2019  10:50:00AM

[X] R       [ ] NR    LV:   To be determiend

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

Banco Popular de P.R. by Mr. Miguel Rivera
First Bank by Ms. Norma Melchor
Treasury Department-Ms.Minoshka Velez

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

**Date:**   12/21/2018        **Base:**        $54,000.00    Payments 0 made out of  1 due.

**Confirmation Hearing Date:**     1/25/2019  2:30:00PM

**Evidence of Pmt shown:**     Yes

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -  $500.00     =  $2,500.00

**IV. Status of Meeting**

[ ] Closed       [ ] Not Held        [X] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**   1/24/2019  10:30:00AM

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

  [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

  [ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JOSE ANTONIO OLMEDA MIRANDA   Case No. 18-06747-BKT

Chapter 13   Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

---

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [X] Tax returns missing |
| | [X] State - yearsIVU returns 2014-2017 |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [X] Federal - years2014-2017 |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JOSE ANTONIO OLMEDA MIRANDA**

Case No. **18-06747-BKT**

Chapter 13   Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 1**

The meeting was held and continued. Debtor has to correct some financial information from his 2 business and amend documents submitted and correct schedules.

Debtor has failed to commence the plan payments as required by 11 USC 1326(a)(1).

Debtor's drivers license expired in September. A vehicle will be paid thru the plan and Debtor has to provide evidence of the renewal of his license.

Debtor has a business named JA Contractors, said company received income from FEMA funds thru an independent contractor. Said income is no longer received. Debtor to provide income received from such companies and provide evidence of the deposits made by the companies in debtor's bank account.

1. Schedule J does not disclose the following:

*Taxes expenses

*Debtor has a Dodge Ram 2015, only discloses $60 as transportation expenses. Debtor will review J.

*Debtor has business named Navarro's Café, no rent expenses, utilities, and purchases made on a monthly basis.

*Debtor will review if business income and expenses sheet is for his 2 business.

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):** 1. Debtor is the sole owner of Navarro's Cafe, however, business equipment and inventory has not been listed.

**DOMESTIC SUPPORT OBLIGATION, (Recipient(s) data §1302(b)(6)):** Provide DSO recipient information.

**DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):** Provide evidence of being current with DSO post-petition payment.

**OTHER:** 1. Debtor listed business equipment as inventory JA Contractor. 2. YTD income has not been listed in SOFA also income for for 2017. 3. SOFA does not discloses from when JA Contractor commenced operations. 4. Schedule I discloses debtor's net income for $1,1995.92. Clarify if this income is from both business. 5. Debtor listed in Schedule A/B a 2017 Nissan Frontier, per poc #6 this is a lease, plan provides to this creditor as secured. 6. Plan does not provide for priority claim #3 by Department of Treasury.

The following party(ies) object(s) confirmation:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JOSE ANTONIO OLMEDA MIRANDA					Case No.   18-06747-BKT

					Chapter 13		Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

---

**s/Osmarie Navarro**					Date:		01/03/2019

**Trustee/Presiding Officer**								(Rev. 05/13)