IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JOSE ANTONIO OLMEDA MIRANDA <br><br> DEBTOR(S) | CASE NUMBER: 18-06747/BKT <br><br> CHAPTER 13 |

### DEBTOR'S MOTION CONCERNING AMENDMENT
### TO SCHEDULE "E/F" OFFICIAL FORM 106E/F

**TO THE HONORABLE COURT:**

**COMES NOW, JOSE ANTONIO OLMEDA MIRANDA,** the Debtor through his undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The Debtor hereby amends Schedule "E/F" to previously filed Schedule "E/F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: _**include unsecured claim, account no. XXX-XX-2764, from creditor DTOP, PO Box 41269, San Juan PR 00940-1269, balance owed $1,605.00.**_

**WHEREFORE,** the Debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is

Page -2-
Debtors' Motion Concerning Amendment to Schedule "E/F"
Case no. 18-06747/BKT13

filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtor to his address of record; to the creditor affected by the amendment: <u>DTOP, PO Box 41269, San Juan PR 00940-1269</u>; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of February, 2019.

/s/*Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

Debtor 1: JOSE ANTONIO OLMEDA MIRANDA
 First Name  Middle Name  Last Name

Debtor 2: 
(Spouse if, filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:18-bk-6747

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **ACAA** Nonpriority Creditor's Name | Last 4 digits of account number: 2901 | $693.38 |
| | PO Box 491 Humacao, PR 00792-0491 Number Street City State Zip Code | When was the debt incurred? 07/07/2016 | |

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

Debtor 1 **OLMEDA MIRANDA, JOSE ANTONIO**     Case number (if known)    **3:18-bk-6747**

| 4.2 | **Bk of Amer** <br> Nonpriority Creditor's Name | Last 4 digits of account number **7092** | | $579.00 |
|---|---|---|---|---|

PO Box 982238
El Paso, TX 79998-2238
Number Street City State Zip Code

When was the debt incurred? **2015-03**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.3 | **DTOP** <br> Nonpriority Creditor's Name | Last 4 digits of account number **2764** | | $725.00 |
|---|---|---|---|---|

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify Tickets no: 39365154 $290.00; 34540151 $100.00; 30785854 $50.00; 30785855 $25.00; 30785856 $50.00; 28677240 $25.00; 28677239 $50.00; 3203571 $50.00; 12023 $60.00; 7654777 $25.00

Debtor 1 **OLMEDA MIRANDA, JOSE ANTONIO**     Case number (if known) **3:18-bk-6747**

| 4.4 | DTOP<br>Nonpriority Creditor's Name | Last 4 digits of account number **2764** | $395.00 |
|---|---|---|---|

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tickets no: 7654776 $25.00; 853737 $60.00; 501826 $25.00; 492375 $60.00; 8141552 $50.00; 8318589 $25.00; 8318587 $50.00; 8318588 $25.00; 7821062 $50.00; 427432 $25.00**

| 4.5 | DTOP<br>Nonpriority Creditor's Name | Last 4 digits of account number **2764** | $485.00 |
|---|---|---|---|

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tickets no: 7455529 $100.00; 7455528 $50.00; 7450158 $50.00; 7450160 $30.00; 7450159 $50.00; 6990940 $50.00; 5591353 $130.00; 5721924 $25.00**

Debtor 1 **OLMEDA MIRANDA, JOSE ANTONIO**  Case number (if known) **3:18-bk-6747**

### 4.6 Firstbank Puerto Rico
Nonpriority Creditor's Name

PO Box 9146
San Juan, PR 00908-0146
Number Street City State Zip Code

Last 4 digits of account number **6984**

When was the debt incurred? **2017-06**

**$5,446.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.7 Island Finance/Plus
Nonpriority Creditor's Name

PO Box 71504
San Juan, PR 00936-8604
Number Street City State Zip Code

Last 4 digits of account number **1206**

When was the debt incurred? **2016-10-27**

**$14,536.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.8 McKenzie Capital LLC
Nonpriority Creditor's Name
Legal Department
3390 Mary St Ste 305
Coconut Grove, FL 33133-5258
Number Street City State Zip Code

Last 4 digits of account number **CA01**

When was the debt incurred? _____

**$27,190.00**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1  OLMEDA MIRANDA, JOSE ANTONIO                              Case number (if known)    3:18-bk-6747

| 4.9 | Oriental Bank | Last 4 digits of account number | 0001 | $46,392.00 |

Nonpriority Creditor's Name

254 Ave Munoz Rivera # 15
San Juan, PR 00918-1900
Number Street City State Zip Code

When was the debt incurred?  2016-10

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.10 | Pentagon Federal Cr Un | Last 4 digits of account number | 2704 | $22,203.00 |

Nonpriority Creditor's Name

PO Box 1432
Alexandria, VA 22313-1432
Number Street City State Zip Code

When was the debt incurred?  2016-06

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Jaime Ruiz Saldana, Esq.
400 Calaf St PMB 450
San Juan, PR 00918-1314

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.9 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0001

Name and Address
Miriam L. Mendiata, Esq.
McKenzie Capital LLC Legal Dept
3390 Mary St Ste 305
Coconut Grove, FL 33133-5258

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.8 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    CA01

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ 0.00 |

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 5 of 6

Debtor 1  **OLMEDA MIRANDA, JOSE ANTONIO**  Case number (if known) **3:18-bk-6747**

|  |  |  |  |  |
|---|---|---|---|---|
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

|  |  |  | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 118,644.38 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 118,644.38 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JOSE | ANTONIO | OLMEDA MIRANDA |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) 3:18-bk-6747

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____ X _____
JOSE ANTONIO OLMEDA MIRANDA        Signature of Debtor 2
Signature of Debtor 1

Date February 5, 2019             Date _____

```
Label Matrix for local noticing        COOP A/C DEL VALENCIANO              ORIENTAL BANK CCU
0104-3                                  PO BOX 1510                          CCU BANKRUPTCY DEPARTMENT
Case 18-06747-BKT13                     JUNCOS, PR 00777-1510                PO BOX 364745
District of Puerto Rico                                                      SAN JUAN, PR 00936-4745
Old San Juan
Mon Feb  4 14:03:00 AST 2019

POPULAR AUTO                            US Bankruptcy Court District of P.R. ACAA
PO BOX 366818                           Jose V Toledo Fed Bldg & US Courthouse PO Box 491
SAN JUAN, PR 00936-6818                 300 Recinto Sur Street, Room 109     Humacao, PR 00792-0491
                                        San Juan, PR 00901-1964

Banco Popular de Puerto Rico            (p)BANK OF AMERICA                   DEPARTMENT OF TREASURY
PO Box 71375                            PO BOX 982238                                    BANKRUPTCY SECTION 424 B
San Juan, PR 00936-8475                 EL PASO TX 79998-2238                            PO BOX 9024140
                                                                                         SAN JUAN, PR 00902-4140

FIRST BANK                              Firstbank Puerto Rico                Island Finance/Plus
CONSUMER SERVICE CENTER                 PO Box 11856                         PO Box 71504
BANKRUPTCY DIVISION -CODE 248           San Juan, PR 00910-3856              San Juan, PR 00936-8604
PO BOX 9146, SAN JUAN PR 00908-0146

Jaime Ruiz Saldana, Esq.                (p)JEFFERSON CAPITAL SYSTEMS LLC     MONEY EXPRESS
400 Calaf St PMB 450                    PO BOX 7999                          CONSUMER SERVICE CENTER
San Juan, PR 00918-1314                 SAINT CLOUD MN 56302-7999            BANKRUPTCY DIVISION (CODE 248)
                                                                             PO BOX 9146 SAN JUAN PR 00908-0146

(p)MCKENZIE CAPITAL LLC                 Miriam L. Mendiata, Esq.             ORIENTAL BANK
3390 MARY STREET                        McKenzie Capital LLC Legal Dept      Centralized Collections Unit
STE 216                                 3390 Mary St Ste 305                 BOX 364745,
COCONUT GROVE FL 33133-5258             Coconut Grove, FL 33133-5258         SAN JUAN, P.R. 00936-4745
                                                                             Att.: RAMN A. SNCHEZ MARRERO 00936-4745

POPULAR AUTO                            Pentagon Federal Cr Un               Synchrony Bank
BANKRUPTCY DEPARTMENT                   PO Box 1432                          c/o of PRA Receivables Management, LLC
PO BOX 366818                           Alexandria, VA 22313-1432            PO Box 41021
SAN JUAN PUERTO RICO 00936-6818                                              Norfolk, VA 23541-1021

ALEJANDRO OLIVERAS RIVERA               JOSE ANTONIO OLMEDA MIRANDA          MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS      URB VILLA MARIA X15 16 STREET        OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                          CAGUAS, PR 00725-4048                OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                      500 TANCA STREET  SUITE 301
                                                                             SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk of Amer<br>PO Box 982238<br>El Paso, TX 79998-2238 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | McKenzie Capital LLC<br>Legal Department<br>3390 Mary St Ste 305<br>Coconut Grove, FL 33133-5258 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)COOP A/C DEL VALENCIANO
PO Box 1510
Juncos, PR 00777-1510

End of Label Matrix
Mailable recipients   24
Bypassed recipients    1
Total                 25