THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE A. OLMEDA MIRANDA

DEBTOR

CASE NO. 18-06747/BKT

CHAPTER 13

## DEBTORS' MOTION FOR EXTENSION OF TIME
## TO REPLY TO OBJECTION TO CONFIRMATION OF AMENDED PLAN AND
## REQUEST OF DISMISSAL, DOCKET #41

TO THE HONORABLE COURT:

**NOW COMES, JOSE A. OLMEDA MIRANDA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. First Bank Puerto Rico ("First Bank") filed an *Objection to Confirmation of Amended Plan Dated March 18, 2019 and Request of Dismissal,* Docket no. 41.

2. The Debtor respectfully requests additional time within to meet with his undersigned attorney to adequately reply to First Bank's objection and request for dismissal (Docket no. 41), in the present case.

3. The Debtor respectfully submits to this Honorable Court that he needs seven (7) days within to reply to First Bank's objection (Docket no. 41), which extension of time to expire on May 16, 2019.

**WHEREFORE**, the Debtor, through his undersigned attorney respectfully requests that for the above stated reasons this Honorable Court grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to: the Chapter 13 Trustee; I