THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 18-06747/BKT

JOSE A. OLMEDA MIRANDA

DEBTOR

CHAPTER 13

## DEBTORS' MOTION FOR EXTENSION OF TIME
## TO REPLY TO OBJECTION TO CONFIRMATION OF AMENDED PLAN AND
## REQUEST OF DISMISSAL, DOCKET #41

TO THE HONORABLE COURT:

**NOW COMES, JOSE A. OLMEDA MIRANDA**, the Debtor in the above captioned case,

through the undersigned attorney, and very respectfully states and prays as follows:

1. First Bank Puerto Rico ("First Bank") filed an *Objection to Confirmation of Amended*

*Plan Dated March 18, 2019 and Request of Dismissal,* Docket no. 41.

2. The Debtor respectfully requests additional time within to meet with his undersigned

attorney to adequately reply to First Bank's objection and request for dismissal (Docket no. 41), in

the present case.

3. The Debtor respectfully submits to this Honorable Court that he needs seven (7) days

within to reply to First Bank's objection (Docket no. 41), which extension of time to expire on May

16, 2019.

**WHEREFORE**, the Debtor, through his undersigned attorney respectfully requests that for

the above stated reasons this Honorable Court grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the

Court using the CM/ECF filing system which sill send notice of same to: the Chapter 13 Trustee; I

Page – 2-
Debtors' Motion for Extension of Time
Case no. 18-06747/BKT13

also certify that a copy of this motion was sent via US Mail to the Debtor to his address of record.

**RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 9th day of May, 2019.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com