IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JOSE ANTONIO OLMEDA MIRANDA<br><br>xx-xx-2764<br><br>Debtor(s) | CASE NO. 18-06747-BKT13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON JUN/24/2019 |

ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor (see docket entry #50), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of June, 2019.

Brian K. Tester
United States Bankruptcy Judge